# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0185.  CARSWELL v. THE STATE.**

This appeal was docketed in this Court on September 20, 2013. On October 11, 2013, Appellant filed a motion for an extension of time in which to file an enumeration of errors and brief. This Court granted Appellant's motion for an extension of time until November 8, 2013.

On November 6, KRISTEN QUINTON filed a Motion to Withdraw as Counsel for Appellant. This Court granted Kristen Quinton's Motion to Withdraw as Counsel on November 13, 2013, and further granted Appellant a second and final extension until December 2, 2013 in which to an enumeration of errors and brief.

To date, appellant has not filed a brief and enumeration of errors. Instead, on December 6, 2013, after expiration of the second extension, Appellant filed an untimely motion for a third extension.

Pursuant to Ga. Const. of 1983, Art. VI, Sec. IX, Par. II, this Court "shall dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." This two-term rule imposes a constitutional requirement for all docketed appeals to be pursued diligently and decided within the prescribed time limitation. Moreover, this Court finds no good cause for granting a further extension. Court of Appeals Rules 22 (a) and 23 (a).

Accordingly, this case is DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/11/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*